IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Rodney Lail; James B. Spencer; Irene Santacroce; Ricky Stephens; Marguerite Stephens; Estate of Doris E. Holt; Nicholas C. Williamson; and Dan Green, <br><br> Plaintiffs, <br><br> v. <br><br> Horry County South Carolina; Johnny Morgan, Horry County Police Chief; John Does, <br><br> Defendants. | C/A No. 3:11-977-TLW-PJG <br><br> ORDER |

This matter is now before the undersigned for review of two Reports and Recommendations ("the Reports") filed by United States Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her first Report (Doc. # 145), Magistrate Judge Gossett recommends that this action be dismissed with prejudice as to plaintiffs Dan Green, Marguerite Stephens, and Ricky Stephens for lack of prosecution, failure to cooperate in discovery, and failure to comply with a court order. In her second Report (Doc. # 146), Magistrate Judge Gossett recommends that the motions for a Rule 54(b) entry of judgment (Doc. # 88) and motion for stay (Doc. # 89) filed by plaintiffs' James B. Spencer and the Estate of Doris E. Holt be denied. Both Reports were filed on August 9, 2013. No objections have been filed to either Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

have been filed to as to either Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that both Reports accurately summarize this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Reports are **ACCEPTED** (Docs. # 145 & # 146).   This action is **DISMISSED** with prejudice as to plaintiffs Dan Green, Marguerite Stephens, and Ricky Stephens for lack of prosecution, failure to cooperate in discovery, and failure to comply with a court order.  Additionally, the motions for a Rule 54(b) entry of judgment (Doc. # 88) and motion for stay (Doc. # 89) filed by plaintiffs' James B. Spencer and the Estate of Doris E. Holt are **DENIED**.

**IT IS SO ORDERED.**

s/ Terry L. Wooten

September 19, 2013  
Florence, SC  

**TERRY L. WOOTEN**  
**CHIEF UNITED STATES DISTRICT JUDGE**